JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEWIS BUTLER,<br><br>            Plaintiff,<br><br>   v.<br><br>WARDEN,<br><br>           Defendant. | Case No. 2:22-00507 DSF (ADS)<br><br>JUDGMENT |

     Pursuant to the Order Dismissing Action for Failure to Prosecute, the Court dismisses the above-captioned case.

DATED: May 31, 2022

                                                                       THE HONORABLE DALE S. FISCHER<br>
                                                                       United States District Judge